FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN H.,[1] <br><br>             Plaintiff, <br><br>     v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br>             Defendant. | No. 2:22-cv-00156-MKD <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** <br><br> **ECF Nos. 10, 13** |

     Before the Court is the parties' Stipulated Motion for Remand, ECF No. 13, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney D. James Tree represents Plaintiff.  Attorney Erin Highland represents Defendant.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.  *See* LCivR 5.2(c).

ORDER - 1

1    After consideration, **IT IS HEREBY ORDERED** that:

2    1. The parties' Stipulated Motion for Remand, **ECF No. 13**, is **GRANTED**.

3    2. The above-captioned case be **REVERSED** and **REMANDED** to the

4  Commissioner of Social Security for further administrative proceeding pursuant to

5  sentence four of 42 U.S.C. § 405(g).

6    The parties have stipulated to the following:

7    On remand, the Appeals Council will instruct the ALJ to: (add/remove/edit

8  the below to match the instructions stipulated to by the parties)

9    • Offer Plaintiff the opportunity for a new hearing and further develop

10    the record;

11    • Reevaluate the opinion evidence;

12    • Reevaluate Plaintiff's symptom claims; and

13    • Issue a new decision.

14 *See* ECF No. 13 at 2.

15    3. Judgment shall be entered for **PLAINTIFF**.

16    4. Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **STRICKEN**

17 **AS MOOT**.

18    5. Upon proper presentation, this Court will consider Plaintiff's application

19 for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

20

ORDER - 2

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 11, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3